Decided March 1, 2004

### OTIS C. KNIGHT *v.* COMMISSIONER OF CORRECTION

The petitioner Otis C. Knight's petition for certification for appeal from the Appellate Court, 81 Conn. App. 163 (AC 23733), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided March 1, 2004